IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GUILLERMO HERNANDEZ,**

    **Plaintiff,**

vs.                                      CASE NO. 3:08-cv-407-MCR/AK

**OKALOOSA COUNTY JAIL,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff was directed to complete and file a motion for leave to proceed in forma pauperis or pay the full filing fee by Order dated September 24, 2008, (Doc. 3). Plaintiff requested and was granted an extension of time through October 31, 2008. (Doc. 13).

After not receiving a timely response from plaintiff, this court entered an order on February 6, 2009, giving plaintiff twenty (20) days to show why this case should not be dismissed for failure to comply with an order of the court (doc 14). To date, plaintiff has failed to comply with this court's orders or explain his inability to do so.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with three orders of this Court directing that he file the necessary motion for leave to proceed IFP,  (docs. 3, 13, and

14),  and has not otherwise prosecuted his lawsuit.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this _20th_ day of March, 2009.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

No. 3:08CV407-MCR/AK